UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
<u>ALEXANDRIA</u> DIVISION

<u>LIFENET HEALTH,</u>                                             Civil/Criminal Action No. <u>1:17-cv-00533</u>

        vs.
<u>TISSUE REGENIX GROUP PLC, et al.</u>

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>Tissue Regenix Group PLC</u> in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
<u>Invesco Asset Management (a subsidiary of Invesco Limited, a publicly traded company), Techtran Group Limited (a subsidiary of IP Group plc, a publicly traded company), and Woodford Investment Management LLP (through CF Woodford Equity Income Fund) each own more than 10% of Tissue Regenix Group PLC's stock.</u>

Or

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

| <u>August 7, 2017</u> | <u>/s/ Stephen Gombita</u> |
|---|---|
| Date | Signature of Attorney or Litigant |

                                    Counsel for <u>Tissue Regenix Group PLC</u>

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, 2017, I filed copies of the attached pleadings with ECF Filing System that will electronically send copies to all counsel of record including:

Stephen E. Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (888) 360-9092
senoona@kaufcan.com

Jennifer H. Burdman
William J. Sauers
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW, Suite 200
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
jburdman@kslaw.com
wsauers@kslaw.com

*Counsel for Plaintiff LifeNet Health*

/s/Stephen J. Gombita_____
Stephen J. Gombita
Virginia State Bar No. (83187)
**DLA PIPER LLP (US)**
500 8th St NW,
Washington, DC 20004
Telephone: 202.799.4435
Facsimile: 202.799.5016