**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| LIFENET HEALTH, ) ) ) Plaintiff, ) v. ) ) TISSUE REGENIX GROUP PLC, TISSUE ) REGENIX WOUND CARE, INC., and ) COMMUNITY TISSUE SERVICES, ) ) Defendants. ) ) | Civil Action No. 1:17-cv-00533<br><br>**JURY TRIAL DEMANDED**<br><br>Hon. Liam O'Grady |

**PROPOSED AGREED ORDER**

This matter comes on the Consent Motion for Extension of Time to Respond to Amended Complaint filed by the Defendants Tissue Regenix Group PLC, Tissue Regenix Wound Care Inc., and Community Tissue Services (collectively, "Defendants"), and after due consideration, waiver and acknowledgement of service by defendant Tissue Regenix Group PLC, and for good cause shown, it is ORDERED THAT the Consent Motion for Extension of Time to Respond to Amended Complaint is granted, and the Defendants shall have through and including October 3, 2017 to file their responses to the Amended Complaint.

Enter: ____/____/____

_____
Judge, United States District Court
Eastern District of Virginia

15812280v1